# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF PUERTO RICO

IN THE MATTER OF:

CONNIE PEREZ MARTINEZ
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
D/B/A BRYANS VIENNA

Debtor (s)

CASE NO: 02-01932

CHAPTER 13

## NOTICE OF FILING PETITION IN BANKRUPTCY UNDER CHAPTER 13 AND AUTOMATIC STAY OF SUIT

You are hereby notified that the above mentioned debtor (s) has filed a petition under Chapter 13 of Title 11, United States code on FEB 2 6 2002.

Pursuant to the provisions of 11 USC § 362, the filing of the petition by the above name debtor (s), operates as a stay of the commencement or continuation of any court or other proceeding against the debtor, of the enforcement of any judgement against him, of any act or the commencement or continuation of any court proceeding to enforce any lien on the property of the debtor (s), and of any court proceeding commenced for the purpose of rehabilitation of the debtor, or the liquidation of his estate.

You are further notified that under Bankruptcy Act, 11 USC § 1301, a creditor may not act, or commence or continue any civil action to collect all or any part of a consumer debt of the debtor (s), and of any individual that is liable or such debt with the debtor (s).

This notice is sent to you by order of the United States Bankruptcy Judge.

In San Juan, Puerto Rico, this FEB 2 6 2002

U.S. Bankruptcy Court

By: _____
Deputy Clerk

(Seal of Court)

(Official Form 1) (9/97)

/Q 32-Q

| FORM B1 | United States Bankruptcy Court<br>DISTRICT OF PUERTO RICO | Voluntary Petition |
|---|---|---|

| Name of Debtor (if individual, enter Last, First, Middle):<br>PEREZ MARTINEZ, CONNIE | Name of Joint Debtor (Spouse) (Last, First, Middle): |
|---|---|
| All Other Names used by the Debtor in the last 6 years<br>(include married, maiden, and trade names):<br>D/B/A BRYANS VIENNA | All Other Names used by the Joint Debtor in the last 6 years<br>(include married, maiden, and trade names): 02-01932 |
| Soc. Sec./Tax I.D. No. (if more than one, state all):<br>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 | Soc. Sec./Tax I.D. No. (if more than one, state all): |
| Street Address of Debtor (No. & Street, City, State & Zip Code):<br>URB. SANTA RITA<br>F-9 CALLE 2<br>Vega Alta, PR 00692 | Street Address of Joint Debtor (No. & Street, City, State & Zip Code): |
| County of Residence or of the<br>Principal Place of Business: Vega Alta | County of Residence or of the<br>Principal Place of Business: |
| Mailing Address of Debtor (if different from street address): | Mailing Address of Joint Debtor (if different from street address): |

Location of Principal Assets of Business Debtor
(if different from street address above):

### Information Regarding the Debtor (Check the Applicable Boxes)

**Venue** (Check any applicable box)
■ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.
☐ There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

| Type of Debtor (Check all boxes that apply) | | Chapter or Section of Bankruptcy Code Under Which<br>the Petition is Filed (Check one box) | | |
|---|---|---|---|---|
| ■ Individual(s) | ☐ Railroad | ☐ Chapter 7 | ☐ Chapter 11 | ■ Chapter 13 |
| ☐ Corporation | ☐ Stockbroker | ☐ Chapter 9 | ☐ Chapter 12 | |
| ☐ Partnership | ☐ Commodity Broker | ☐ Sec. 304 - Case ancillary to foreign proceeding | | |
| ☐ Other_____ | | | | |

| Nature of Debts (Check one box) | | Filing Fee (Check one box) |
|---|---|---|
| ■ Consumer/Non-Business | ☐ Business | ■ Full Filing Fee attached |

**Chapter 11 Small Business** (Check all boxes that apply)
☐ Debtor is a small business as defined in 11 U.S.C. § 101
☐ Debtor is and elects to be considered a small business under 11 U.S.C. § 1121(e) (Optional)

☐ Filing Fee to be paid in installments (Applicable to individuals only.) Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form No. 3.

**Statistical/Administrative Information** (Estimates only)
☐ Debtor estimates that funds will be available for distribution to unsecured creditors.
■ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

| Estimated Number of Creditors | 1-15 | 16-49 | 50-99 | 100-199 | 200-999 | 1000-over | | |
|---|---|---|---|---|---|---|---|---|
| | ■ | ☐ | ☐ | ☐ | ☐ | ☐ | | |

| Estimated Assets | | | | | | | |
|---|---|---|---|---|---|---|---|
| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | More than $100 million |
| ■ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |

| Estimated Debts | | | | | | | |
|---|---|---|---|---|---|---|---|
| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | More than $100 million |
| ■ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |

| Voluntary Petition <br> *(This page must be completed and filed in every case)* | Name of Debtor(s): <br> **PEREZ MARTINEZ, CONNIE** | FORM B1, Page 2 |
|---|---|---|

### Prior Bankruptcy Case Filed Within Last 6 Years (If more than one, attach additional sheet)

| Location Where Filed: - None - | Case Number: | Date Filed: |
|---|---|---|

### Pending Bankruptcy Case Filed by any Spouse, Partner, or Affiliate of this Debtor (If more than one, attach additional sheet)

| Name of Debtor: <br> - None - | Case Number: | Date Filed: |
|---|---|---|
| District: | Relationship: | Judge: |

### Signatures

**Signature(s) of Debtor(s) (Individual/Joint)**

I declare under penalty of perjury that the information provided in this petition is true and correct.
[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.
I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X *(signed)*
Signature of Debtor CONNIE PEREZ MARTINEZ

X _____
Signature of Joint Debtor

_____
Telephone Number (If not represented by attorney)

2/25/02
Date

**Signature of Attorney**

X *(signed)*
Signature of Attorney for Debtor(s)
JAIME RODRIGUEZ ESQ 205314
Printed Name of Attorney for Debtor(s)

RODRIGUEZ & ASOC, ABOGADOS, C.S.P.
Firm Name

PO BOX 2477
VEGA BAJA PR 00694
Address

(787) 858-5324
Telephone Number

2/25/02
Date

**Signature of Debtor (Corporation/Partnership)**

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _____
Signature of Authorized Individual

_____
Printed Name of Authorized Individual

_____
Title of Authorized Individual

_____
Date

**Signature of Non-Attorney Petition Preparer**

I certify that I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110, that I prepared this document for compensation, and that I have provided the debtor with a copy of this document.

_____
Printed Name of Bankruptcy Petition Preparer

_____
Social Security Number

_____
Address

Names and Social Security numbers of all other individuals who prepared or assisted in preparing this document:

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

X _____
Signature of Bankruptcy Petition Preparer

_____
Date

A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both. 11 U.S.C. § 110; 18 U.S.C. § 156.

**Exhibit A**
(To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11)
☐ Exhibit A is attached and made a part of this petition.

**Exhibit B**
(To be completed if debtor is an individual whose debts are primarily consumer debts)
I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter.

X *(signed)* 2/25/02
Signature of Attorney for Debtor(s)   Date
JAIME RODRIGUEZ ESQ 205314

# United States Bankruptcy Court
## DISTRICT OF PUERTO RICO

In re __CONNIE PEREZ MARTINEZ__                              Case No. _____
                                        Debtor(s)            Chapter __13__

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)

1. Pursuant to 11 U.S.C. § 329(a) and Bankruptcy Rule 2016(b), I certify that I am the attorney for the above-named debtor and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

   | | | |
   |---|---|---|
   | For legal services, I have agreed to accept........................ | $ | 1,500.00 |
   | Prior to the filing of this statement I have received.................. | $ | 1,500.00 |
   | Balance Due............................................... | $ | 0.00 |

2. The source of the compensation paid to me was:

   ■ Debtor    ☐ Other (specify):

3. The source of compensation to be paid to me is:

   ■ Debtor    ☐ Other (specify):

4. ■ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

   ☐ I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm. A copy of the agreement, together with a list of the names of the people sharing in the compensation is attached.

5. In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:
   a. Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
   b. Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
   c. Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
   d. [Other provisions as needed]
      **Negotiations with secured creditors to reduce to market value; exemption planning; preparation and filing of reaffirmation agreements and applications as needed; preparation and filing of motions pursuant to 11 USC 522(f)(2)(A) for avoidance of liens on household goods.**

6. By agreement with the debtor(s), the above-disclosed fee does not include the following service:
   **Representation of the debtors in any dischargeability actions, judicial lien avoidances, relief from stay actions or any other adversary proceeding.**

## CERTIFICATION

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

Dated: __9/25/02__

JAIME RODRIGUEZ ESQ 205314
RODRIGUEZ & ASOC, ABOGADOS, C.S.P.
PO BOX 2477
VEGA BAJA PR 00694
(787) 858-5324

# MASTER ADDRESS LIST

02-01032

CONNIE PEREZ MARTINEZ  
URB. SANTA RITA  
F-9 CALLE 2  
VEGA ALTA PR 00692

JAIME RODRIGUEZ ESQ  
PO BOX 2477  
VEGA BAJA PR 00694

DPTO DE HACIENDA  
SECC DE CERTIFICACION  
PO BOX 9022501  
SAN JUAN PR 00902-2501

RAMON LOPEZ ESQ  
PO BOX 9024062  
OLD SAN JUAN STATION  
SAN JUAN PR 00902-4062

JOSE R CARRION ESQ  
PO BOX 9023884  
OLD SAN JUAN STATION  
SAN JUAN PR 00902-3884

US DEPARTMENT OF JUSTICE  
NANCY PUJALS, ESQ  
OCHOA BLDG 500 TANCA ST.  
SAN JUAN PR 00901-1922

FEDERAL LITIGATION  
DEPT OF JUSTICE  
PO BOX 192  
SAN JUAN PR 00902

IRS  
SPECIAL PROCEDURE RM 912  
MERC PLAZA BLDG 27 1/2  
HATO REY PR 00918

AAA  
PO BOX 14580  
BO OBRERO STA  
SAN JUAN PR 00916-4580

AEE  
PO BOX 363508  
SAN JUAN PR 00936-3508

BANCO POPULAR  
PO BOX 362708  
SAN JUAN PR 00936-2708

EMPRESAS DE GAS  
P.O. BOX 1025  
SABANA SECA PR 00952-1025

ENTERPRISES

FINGERHUT  
PO BOX 526345  
MIAMI FL 33152-6345

JOSE SANTIAGO, INC  
P.O. BOX 191795  
SAN JUAN PR 00919-1795

NORTHWESTERN SELECTA  
P.O. BOX 10718  
SAN JUAN PR 00922-0718

PCME COMMERCIAL  
CARR 32 KM 29.7  
STE 99-100  
VEGA ALTA PR 00692

PRTC  
PO BOX 71401  
SAN JUAN PR 00936

ROTULOS GRULLON  
BO. SANTANA  
CARR #2 KM 67.0  
ARECIBO PR 00612

SUNCOM  
P.O. BOX 64566  
BALTIMORE MD 21264-4566

# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF PUERTO RICO

IN THE MATTER OF:

CONNIE PEREZ MARTINEZ
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
D/B/A BRYANS VIENNA

Debtor (s)

CASE NO: 02-01932

CHAPTER 13

*RECEIVED AND FILED 2002 FEB 26 PM 1:22 U.S. BANKRUPTCY COURT FOR THE DISTRICT OF PUERTO RICO*

## NOTICE TO DEBTOR OF FILING A PETITION IN BANKRUPTCY

( )  Signature (Upon filing)

( )  Master Address List (Upon filing)

( )  Master Address List in Diskette (Upon filing)

( )  List of Creditors (Upon filing)

( )  Social Security Number and/or Employer ID Number (Upon filing)

( )  Statement Disclosing Compensation paid or to be paid to the attorney for the debtor (Upon filing)
   Must be submitted upon filing or withing 15 days or any other date set by th Court. 11 U.S.C. §329 and Rule 2016 (b) Fed. R. Bankr. P.

(X)  Chapter 13 Plan (15 days)

(X)  Schedules (15 Days)

(X)  Statements of Affairs (15 days)

UPON THE FILING OF THE INSTANT PETITION THE ITEMS CHECKED WERE NOT SUBMITTED:

YOU ARE HEREBY NOTIFIED THAT UPON FAILURE TO FILE ANY OF THE ABOVE INDICATED DOCUMENTS WITHIN THE PRESCRIBED PERIOD OF TIME SPECIFIED HEREIN, THE COURT MAY ENTER AN ORDER OF DISMISSAL WITHOUT FURTHER NOTICE OR HEARING.

IN SAN JUAN, PUERTO RICO, THIS   FEB 2 6 2002

BY ORDER OF THE COURT

CLERK OF THE COURT

BY: _____
   DEPUTY CLERK